**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Herlitz M. VANZIE, a.k.a. Stevie Wilburn, a.k.a. Santonien Flowers, Defendant–Appellant.**

**No. 08–15260**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 28, 2009.

Patricia D. Barksdale, Dineen A. Baker, Jacksonville, FL, David Paul Rhodes, A. Brian Albritton, Tampa, FL, for Plaintiff–Appellee.

Herlitz M. Vanzie, Atlanta, GA, pro se.

Before BLACK, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

W. Charles Fletcher, appointed counsel for Herlitz M. Vanzie in this 18 U.S.C. § 3582(c)(2) appeal, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of § 3582(c)(2) relief is **AFFIRMED.**[1]

---

1. Vanzie's *pro se* Motion to Deny *Ander's* Brief Filed by Court-appointed Counsel and Motion to Substitute Counsel is **denied.**